HINKLE LAW FIRM, LLC
1617 N. Waterfront Pkwy, Suite 400
Wichita, Kansas 67202-4820
(316) 267-2000 / (316) 264-1518, facsimile

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS**

IN RE:

CALEB JAMES PENCE and
CANDRA KIM PENCE,

*Debtors*.

Case No. 25-20302- RDB
Chapter 13

**SIM FUND II, LLC'S MOTION FOR RELIEF FROM
AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR ABANDONMENT OF
REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE
<u>14-DAY STAY UNDER FED. R. BANKR. P. 4001(b)(3)</u>**

**OBJECTION DEADLINE:   APRIL 14, 2025
HEARING ON OBJECTIONS: APRIL 22, 2025 AT 9:30 A.M.**

COMES NOW creditor SIM Fund II, LLC ("SIM"), by and through its attorney Nicholas R. Grillot of Hinkle Law Firm LLC, and moves the Court for an order under 11 U.S.C. § 362(d) granting SIM relief from the automatic stay with regard to its mortgages against the real estate located in Grant County, Oklahoma, for abandonment of that real estate under 11 U.S.C. § 554(b) and for relief from the 14-day stay under Fed. R. Bankr. P. 4001(b)(3).

In support of its motion, SIM respectfully states the following:

1.    Debtors Caleb James Pence and Candra Kim Pence (together the "Pences") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on March 14, 2025 ("Petition Date").

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 2

2. Before filing their bankruptcy petition, the Pences made and executed an Promissory Note in favor of BancCentral, N.A. ("BCNA") dated May 19, 2021, in the original principal amount of $308,000.00 which evidences BCNA Loan No. *6369 ("Note"), which refinances previous notes. A copy of the Note is attached as Exhibit A.

3. To secure the Note, the Pences executed, acknowledged, and delivered to BCNA a mortgage dated May 19, 2021, in the amount of $154,000.00 which was recorded May 24, 2021 in the office of the County Clerk's Office of Grant County, Oklahoma at Book 0768 Pg 723 as Instrument No. 2021-000667 ("Mortgage 1"). A copy of Mortgage 1 is attached as Exhibit B.

4. To further secure the Note, Pences executed, acknowledged, and delivered to BCNA a mortgage dated May 19, 2021, in the amount of 28,000.00 which was recorded May 24, 2021 in the office of the County Clerk's Office of Grant County, Oklahoma at Book 0768 Pg 730 as Instrument No. 2021-000668 ("Mortgage 2"). A copy of Mortgage 2 is attached as Exhibit C.

5. The real property subject to Mortgage 1 and Mortgage 2 ("Mortgages") and legally described in Exhibit B and Exhibit C is referred to as the "Real Estate".

6. Finally, the Note was secured by a guaranty executed by 1776 Transportation LLC ("1776") in favor of BCNA on May 19, 2021 ("Guaranty"). A copy of the Guaranty is attached as Exhibit D.

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 3

7. After not receiving any payment from the Pences on the Note since July 28, 2023, BCNA filed suit against the Pences and 1776 in Grant County, Oklahoma on April 1, 2024 ("Foreclosure Suit"). BCNA sought to recover the balance due on the Note and to foreclose the Mortgages against the Real Estate in the Foreclosure Suit.

8. During the pendency of the Foreclosure Suit, BCNA sold the Note, Mortgages, and the Guaranty to SIM on August 27, 2024.

9. To effect the transfer of the Note, BCNA executed a Bill of Sale and Assignment of Loans and Loan Documents on August 27, 2024 ("Loan Assignment"). A copy of the Loan Assignment is attached as Exhibit E.

10. BCNA assigned Mortgage 1 to SIM by executing the Assignment of Real Estate Mortgage dated August 28, 2024, which was recorded September 17, 2024 in the office of the County Clerk's Office of Grant County, Oklahoma at Book 0792 Pg 419 as Instrument No. 2024-001195 ("Mortgage 1 Assignment"). A copy of Mortgage 1 Assignment is attached as Exhibit F.

11. BCNA assigned Mortgage 2 by executing the Assignment of Real Estate Mortgage dated August 28, 2024, which was recorded September 17, 2024 in the office of the County Clerk's Office of Grant County, Oklahoma at Book 0792 Pg 417 as Instrument No. 2024-001194 ("Mortgage 2 Assignment"). A copy of Mortgage 2 Assignment is attached as Exhibit G.

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 4

12. SIM was eventually granted judgment against the Pences and to foreclose on the Real Estate on January 9, 2025 ("Judgment"). A copy of the Judgment is attached as Exhibit H.

13. In connection with the Judgment, SIM scheduled sheriff's sale of the Real Estate for April 16, 2024.

14. As of the date of this filing and since SIM obtained the Note, no payments have been received by SIM from the Pences. More importantly, the debt associated with the Note has been reduced to judgment. As such, the entire balance of the Judgment is due and owing.

15. The balance owed as of March 31, 2025 is $288,359.69. This amount includes interest, costs, taxes, insurance, property preservation expenses, attorney fees and other expenses authorized to be recovered under the Notes, the Mortgages, and the Judgment.

16. The reasonable value of the Real Estate is $106,600.00.

17. To SIM's knowledge, there are no other creditors that have an interest in the Real Estate. However, to the extent any such interest exists, those interests were foreclosed by the entry of the Judgment.

18. Cause exists under 11 U.S.C. § 362(d) to grant SIM relief from the automatic stay for several reasons.

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 5

19.     First, SIM's interest in the Real Estate is not adequately protected. There is no equity cushion in the Real Estate, no payments have been made to BCNA and/or SIM since July 2023, and no payments are proposed to be made to SIM through any Chapter 13 plan because the Pences have not filed a plan yet.

20.     Second, the Real Estate is not necessary for the Pences to reorganize. The Pences are not residing in the Real Estate and it has been unoccupied for at least a year. As such, SIM asserts that the Pences could not reasonably claim the Real Estate as exempt on Schedule C to their Petition. Additionally, on information and believe, the Pences are not receiving any rental income from the Real Estate based on Schedules G and I to their Petition.

21.     Therefore, because SIM's interest in the Real Estate is not being adequately protected and the Real Estate is not necessary to an effective reorganization, SIM is entitled to relief from the automatic stay for cause under 11 U.S.C. § 362(d). SIM requests the Court grant it relief from the automatic stay so it can realize its *in rem* interest in Real Estate.

22.     SIM also requests the Court order the abandonment of any interest in the Real Estate by the Chapter 13 Trustee. Under 11 U.S.C. § 554(b) states "…(o)n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 6

23. SIM's mortgage and judgment lien against the Real Estate exceeds the reasonable value of that property. More importantly, outstanding real estate taxes will continue to accrue, which the Pences' bankruptcy estate would have to pay in order for it to realize any value for the benefit of the Pences' bankruptcy estate. Therefore, the Real Estate is of inconsequential value, burdensome to the Pences' bankruptcy estate, and should be ordered abandoned under Section 554(b).

24. Finally, SIM requests the Court for relief from the 14-day stay under Fed. R. Bankr. P. 4001(a)(3) for cause. There is no equity in the Real Estate and it has remained unoccupied since at least SIM's predecessor in interest, BCNA, filed a foreclosure lawsuit in April 2024. Additionally, SIM had noticed a sheriff's sale of the Real Estate in the Foreclosure Suit which had been set for April 16, 2025. Should SIM be granted relief without opposition, relieving SIM from the 14-day stay would allow it to move forward with that sale.

25. Any creditors or parties in interest who object to the Motion must file objections thereto with the Clerk of the U.S. Bankruptcy Court (U.S. Courthouse, Room 161, 500 States Avenue, Kansas City, Kansas 66101) on or before **April 14, 2025**.

26. In the event there are timely objections filed, a hearing will be held to determine whether the Motion should be approved by the Bankruptcy Court. That hearing will be a non-evidentiary hearing held in the U.S. Bankruptcy Court (U.S. Courthouse, Room 151, 500 States Avenue, Kansas City, Kansas 66101) on **April 22, 2025 at 9:30**

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 7

**a.m.** Only parties who file written objections with the Clerk on or before April 14, 2025 may be heard. Corporate parties may file responses and appear at hearings only through attorneys.

24.     If no objections are timely filed, the Court may enter an order approving the Motion without further notice or opportunity for an objection.

WHEREFORE, SIM requests the Court for an order terminating the automatic stay under 11 U.S.C. §362(d) and granting it relief to allow SIM to proceed under non-applicable bankruptcy law to enforce its remedies to foreclose upon and obtain possession of all of its collateral, including, but not limited to the Real Estate; that the Court order the Real Estate abandoned by the Pences' bankruptcy estate under 11 U.S.C. § 554(b); that the Court grant SIM relief from the 14-day stay under Fed. R. Bankr. P. 4001(a)(3); that the order be binding and effective despite any conversion of this bankruptcy case under any other title of the Bankruptcy Code; and that the Court enter such other and further relief it deems just and equitable.

RESPECTFULLY SUBMITTED,

HINKLE LAW FIRM LLC

/s/ Nicholas R. Grillot
Nicholas R. Grillot, #22054
1617 N. Waterfront Pkwy, Suite 400
Wichita, Kansas 67206-6639
Phone: (316) 660-6211 / Fax: (316) 660-6523
Email: ngrillot@hinklaw.com
*Attorneys for SIM Fund II, LLC*

In the United States Bankruptcy Court for the District of Kansas
*In re Caleb James Pence and Candra Kim Pence*
Case No. 25-20302-RDB, Chapter 13
SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR
ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY
STAY UNDER FED. R. BANKR. P. 4001(b)(3)
Page | 8

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2025, a true and correct copy of the foregoing SIM FUND II, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d), FOR ABANDONMENT OF REAL PROPERTY UNDER 11 U.S.C. § 554(b), AND FOR RELIEF FROM THE 14-DAY STAY UNDER FED. R. BANKR. P. 4001(b)(3) was uploaded to the CM/ECF system, which will send a notice of electronic filing to those requesting notice and other interested parties, and a copy was sent by First Class U.S. Mail, postage prepaid and properly addressed, to the following:

Caleb J. Pence
Candra K. Pence
390 SE 110th Ave
Bluff City, Kansas 67018
*Debtors*

/s/ Tammy Hohstadt
Tammy Hohstadt, Certified PLS
Paralegal for Nicholas R. Grillot